IN/not JDLS

U.S. GPO: 2003-498-572/61234

## U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ING BANK N.V. | G-15-cv-147 |
| DEFENDANT | TYPE OF PROCESS |
| M/V SITEAM VOYAGER, IMO No. 9326926 | Vessel Release ~~Warrant for Arrest in Rem~~ |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

The Master of the M/V SITEAM VOYAGER, IMO 9326926 and issue a Warrant for the Arrest of the M/V SITEAM VOYAGER

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

Southern District of Texas
FILED
JUN 18 2015
David J. Bradley, Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph R. Messa
King Krebs & Jurgens PLLC
6363 Woodway Drive, Suite 820
Houston, TX 77057

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Defendant posted $800,000 into the registry of the Court. The vessel can be released.

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (713) 384-5644
DATE: 6-17-15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. C79 | District to Serve No. C79 | Signature of Authorized USMS Deputy or Clerk Andrea V. Rose | Date 6/17/15 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6-17-15   Time: 16:30 pm

Signature of U.S. Marshal or Deputy
William Krock

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | | | | | | TBD |

REMARKS: