IN/out JMS

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF ING BANK N.V. | COURT CASE NUMBER C-15-cv-147 |
| DEFENDANT M/V SITEAM VOYAGER, IMO No. 9326926 | TYPE OF PROCESS Warrant for Arrest in Rem |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Master of the M/V SITEAM VOYAGER, IMO 9326926 and issue a Warrant for the Arrest of the M/V SITEAM VOYAGER
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Joseph R. Messa
King Krebs & Jurgens PLLC
6363 Woodway Drive, Suite 820
Houston, TX 77057

Number of process to be served with this Form 285: 
Number of parties to be served in this case: 
Check for service on U.S.A.: 

United States Courts
Southern District of Texas
FILED
JUN 18 2015
David J. Bradley, Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER (713)334-5644
DATE 6-12-15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. C79 | District to Serve No. C79 | Signature of Authorized USMS Deputy or Clerk Andrea V. Rox | Date 6/15/15 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 6-17-15    Time 3:30 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy
William Trost

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| $910.00 | 75.90 | | $985.90 | 10,000.00 | TBD | $0.00 |

REMARKS: CK# 012923005
6-12- First Endeavor, Failed to seize Vessel 14 hrs accrued
6-17 Recieved court order to Release Vessel, Return Unexecuted due to order to Release vessel

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80